UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Travis King</u>

    v.

<u>US Social Security Administration,
Commissioner</u>

Case No. 20-cv-1139-SM

## JUDGMENT

In accordance with Order of District Judge Steven J. McAuliffe dated April 22, 2022, approving the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 6, 2021, judgment is hereby entered.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: April 22, 2021

cc:   Alexandra M. Jackson, Esq.
      Jessica Richards, Esq.